No. 388. KING v. VICO INSURANCE CO. OF ST. LOUIS. Sup. Ct. La. Certiorari denied. *J. Minos Simon* for petitioner. *William A. Porteous, Jr.,* for respondent.

No. 406. WOJTON, AKA GURAL v. SANTELLA ET AL., T/A HOMESTEAD CONSTRUCTION CO. Sup. Ct. N. J. Certiorari denied. *Frank B. Bozza* for petitioner. *Matthew D. F. Wade* for respondents.

No. 408. BILLINGSLEY ET AL. v. CLAYTON, PRESIDENT OF THE JURY BOARD OF JEFFERSON COUNTY, ET AL. C. A. 5th Cir. Certiorari denied. *Charles Morgan, Jr., Orzell Billingsley, Jr., Peter A. Hall, Oscar W. Adams, Jr., Melvin L. Wulf, Jack Greenberg* and *Norman Amaker* for petitioners. *Richmond M. Flowers,* Attorney General of Alabama, and *Leslie Hall,* Assistant Attorney General, for respondents.

No. 409. RUMMLER v. SPELIO. App. Dept., Super. Ct. Cal., County of L. A. Certiorari denied.

No. 415. ARUNDEL SUPPLY CORP. v. DOVELL ET AL. C. A. D. C. Cir. Certiorari denied. *William A. Ehrmantraut* for petitioner.

No. 416. ZERO MANUFACTURING CO., INC. v. MISSISSIPPI MILK PRODUCERS ASSOCIATION. C. A. 5th Cir. Certiorari denied. *Penrose Lucas Albright* for petitioner. *Edmund C. Rogers* for respondent.

No. 422. PLATA v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Charles A. Bellows* for petitioner. Solicitor General *Marshall,* Assistant Attorney General *Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.